**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

| | |
|---|---|
| JUAN CARLOS MENESES AND CARLOS MENESES VALVERDE,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01002-HDV (KSx)<br><br>*Honorable Judge Hernán D. Vera*<br>*Magistrate Judge Karen Stevenson*<br><br>**~~[PROPOSED]~~ JUDGMENT** |

**JUDGMENT**

For the reasons stated in the Court's Order Granting Defendant FCA US, LLC's Motion for Summary Judgment (Docket No. 46), Judgment is hereby entered in favor of Defendant FCA US, LLC and against Plaintiffs Juan Carlos Meneses and Carlos Meneses Valverde.

**IT IS SO ORDERED.**

Dated: 10/08/26

HONORABLE HERNÁN D.VERA
UNITED STATES DISTRICT COURT JUDGE